

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1592-13

### THE STATE OF TEXAS

### v.

### TERRY SHANNON BAKER, Appellee

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE TWELFTH COURT OF APPEALS
### HENDERSON COUNTY

PER CURIAM. KELLER, P.J., dissents.

## O P I N I O N

We granted the State Prosecuting Attorney's petition for discretionary review to consider the court of appeals' decision affirming the trial court's granting of Baker's motion to suppress.[1] Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss the State's petition for discretionary review

---

[1] *See State v. Baker*, No. 12-12-00092-CR, 2013 WL 5657649 (Tex. App.—Tyler Oct. 16, 2013) (not designated for publication).

as improvidently granted.

DATE DELIVERED: October 15, 2014

DO NOT PUBLISH